IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE PREMISES LOCATED AT 214 Centenary Church Road Clemmons, North Carolina 27012-7301 | Case No. 1:22MJ421 |

## ORDER

The government having moved that the warrant application filed in this case be sealed and the court being apprised of the reasons therefor, IT IS HEREBY ORDERED that the warrant application be sealed.

The Court has inherent authority to order the sealing of a warrant application. *Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 64 (4th Cir. 1989). On the showing before the court, the court considers that the government has made a prima facie showing that justifies sealing the warrant application. The warrant application shall be placed under seal by the clerk.

_____
Joe L. Webster
United States Magistrate Judge

Date: December 13, 2022